IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00208-MSK-MEH

MATTHEW RICKS,

        Plaintiff,

v.

ALBERTSON'S, INC.,

        Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

The Court, having reviewed Plaintiff's Notice of Dismissal with Prejudice **(#3)** and being fully advised in the premises,

IT IS ORDERED, that the present case, No. 06-CV-00208-MSK-OES, is hereby dismissed with prejudice, with each party to pay its own attorney's fees and costs, except as otherwise agreed between the parties.

DATED this 13th day of March 2006.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge